# AFFIDAVIT OF SERVICE THROUGH THE SECRETARY OF STATE

| | |
|---|---|
| UNITED STATES DISTRICT COURT<br>FOR THE SOUTHERN DISTRICT OF NEW YORK | Purchased/Filed: January 8, 2021<br>Index # 1:21-cv-00123-PGG-OTW |

*Alejandro Zapoteco., et al Individually and On Behalf of Others Similarly Situated*     Plaintiff

against

*Saroop & Sons Inc. (d/b/a Saroop & Sons), et al*     Defendant

STATE OF NEW YORK    SS.:
COUNTY OF ALBANY

James Perone, being duly sworn, deposes and says: deponent is over the age of eighteen (18) years; that on January 21, 2021, at 11:00 AM, at the office of the Secretary of State of the State of New York in the City of Albany, New York deponent served the annexed

Summons in a Civil Action, Complaint Collective Action Under 29 U.S.C §216(b), and Demand By Employee to Inspect Share Records and Minutes Pursuant to Section 624 of The New York State Business Corporation Law on

Noor Live Poultrty, Corp., the Defendant in this action, by delivering to and leaving with Nancy Dougherty, AUTHORIZED AGENT in the Office of the Secretary of State, of the State of New York, personally at the Office of the Secretary of State of the State of New York, 99 Washington Avenue, Albany, NY, 2 true copies thereof and that at the time of making such service, deponent paid said Secretary of State a fee 40 dollars; That said service was made pursuant to Section 306 Business Corporation Law. Deponent further says that deponent knew the person so served as aforesaid to be the agent in the Office of the Secretary of State of the State of New York, duly authorized to accept such service on behalf of said defendant

Description of the person served: Approx. Age: 55-60    Approx. Wt: 130lbs    Approx. Ht: 5'3"
Color of skin: White    Hair color: Black    Sex: Female    Other:

Sworn to before me on this
21st day of January 2021

SCOTT SCHUSTER
NOTARY PUBLIC, STATE OF NEW YORK
NO. 01SC6308636
QUALIFIED IN ALBANY COUNTY
COMMISSION EXPIRES JULY 28, 2022

James Perone
**Attny's File No.**
Invoice•Work Order # S1852564

***SERVICO, INC.. P.O. BOX 871. ALBANY. NY 12201***