# Michael Faillace & Associates, P.C.

Employment and Litigation Attorneys

60 East 42nd Street, Suite 4510  
New York, New York 10165

Telephone: (212) 317-1200  
Facsimile: (212) 317-1620

April 20, 2021

**MEMO ENDORSED**

**BY ECF**

Honorable Ona T. Wang  
United States Magistrate Judge  
United States Courthouse  
500 Pearl Street  
New York, NY 10007

Re: Zapoteco et al v. Saroop & Sons Inc. et al  
21-cv-00123

Dear Judge Wang:

This firm represents Plaintiff in the above-referenced action. We write in anticipation of the initial conference set for April 22, 2021 to respectfully request that the conference be adjourned. To date, while Defendants have been served, no Defendant has appeared despite their time for answering the Complaint having expired. Plaintiff's counsel is not in contact with Defendants or their counsel. Plaintiff thus respectfully requests that the initial conference be adjourned *sine die* and a schedule be set for the filing of a Motion for Default.

We thank the Court for its attention to this matter.

Respectfully Submitted,

Clela A. Errington, Esq.  
MICHAEL FAILLACE & ASSOCIATES, P.C.  
*Attorneys for Plaintiff*

---

Application **GRANTED**. The Initial Pretrial Conference is adjourned *sine die*. Plaintiff shall follow Judge Gardephe's Individual Practices regarding default, and questions about the same can be directed to Judge Gardephe's chambers.

**SO ORDERED.**

_____  
Ona T. Wang 4/21/21  
U.S.M.J.