UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X
ALEJANDRO ZAPOTECO,

                              *Plaintiff,*

-against-

SAROOP & SONS INC. (D/B/A SAROOP &
SONS), NOOR LIVE POULTRY CORP.
(D.B.A NOOR LIVE POULTRY MARKET),
PRANDIT SAROOP and SALAM DOE,

                              *Defendants*
-------------------------------------------------------X

21-CV-00123

**CERTIFICATE OF DEFAULT**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 6/2/2021

I, RUBY J. KRAJICK, Clerk of the United States District Court for the Southern District of New York, do hereby certify that this action was commenced on January 7, 2021 with the filing of a summons and complaint; a copy of the summons and complaint was served, pursuant to Fed. R. Civ. P. 4(e) (1), on Defendant Prandit Saroop on February 25, 2021, by personally delivering a copy to John Doe, a person of suitable age and discretion, who identified herself as his coworker and proof of such service on the said Defendant was filed on March 3, 2021 (Dkt. No. 17).

I further certify that the docket entries indicate that the above-named Defendant has not filed an answer or otherwise moved with respect to the complaint herein. The default of the Defendant Prandit Saroop is hereby noted.

Dated: New York, New York
         June 2, 2021

                                        **RUBY J. KRAJICK**
                                        Clerk of the Court

                                        By: _____
                                        Deputy Clerk