**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------X

ALEJANDRO ZAPOTECO,

*Plaintiff,*                          **Case: 1:21-cv-00123**

-against-

SAROOP & SONS INC. (D/B/A SAROOP &              **PROPOSED**
SONS), NOOR LIVE POULTRY CORP.         **CERTIFICATE OF DEFAULT**
(D.B.A NOOR LIVE POULTRY MARKET),
PRANDIT SAROOP and SALAM DOE,

*Defendants.*
-------------------------------------------------------X

I, RUBY J. KRAJICK, Clerk of the United States District Court for the Southern District

of New York, do hereby certify that this action was commenced on January 7, 2021 with the filing

of a summons and complaint. Defendant Saroop & Sons Inc. (d/b/a Saroop & Sons) was served

with the summons and complaint on January 21, 2021 personally serving Nancy Dougherty, an

authorized agent in the office of the Secretary of State of New York pursuant to N.Y. C.P.L.R §

311(a)(1) and N.Y. B.C.L. §306(b)(1); and proof of such service on the said Defendant was filed

on January 25, 2021. (Dkt. No. 15).

I further certify that the docket entries indicate that the above-named Defendant has not

filed an answer or otherwise moved with respect to the complaint herein. The default of the

Defendant Saroop & Sons Inc. (d/b/a Saroop & Sons) is hereby noted.

Dated: New York, New York
_____, 2021

                          **RUBY J. KRAJICK**
                          Clerk of the Court

                          By: _____
                               Deputy Clerk