UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------X

ALEJANDRO ZAPOTECO,

                *Plaintiff,*　　　　Case: 1:21-cv-00123

-against-

SAROOP & SONS INC. (D/B/A SAROOP & SONS), NOOR LIVE POULTRY CORP. (D.B.A NOOR LIVE POULTRY MARKET), PRANDIT SAROOP and SALAM DOE,

                **PROPOSED CERTIFICATE OF DEFAULT**

                *Defendants.*
---------------------------------------------------------X

    I, RUBY J. KRAJICK, Clerk of the United States District Court for the Southern District of New York, do hereby certify that this action was commenced on January 7, 2021 with the filing of a summons and complaint. Defendant Saroop & Sons Inc. (d/b/a Saroop & Sons) was served with the summons and complaint on January 21, 2021 personally serving Nancy Dougherty, an authorized agent in the office of the Secretary of State of New York pursuant to N.Y. C.P.L.R § 311(a)(1) and N.Y. B.C.L. §306(b)(1); and proof of such service on the said Defendant was filed on January 25, 2021. (Dkt. No. 15).

    I further certify that the docket entries indicate that the above-named Defendant has not filed an answer or otherwise moved with respect to the complaint herein. The default of the Defendant Saroop & Sons Inc. (d/b/a Saroop & Sons) is hereby noted.

Dated: New York, New York
          _____June 7_____, 2021

                                      **RUBY J. KRAJICK**
                                      Clerk of the Court
                                      By: _____
                                      Deputy Clerk