UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X

ALEJANDRO ZAPOTECO,

                    *Plaintiff,*          Index No. 21-cv-00123

        -against-                 **ORDER TO SHOW CAUSE**

SAROOP & SONS INC. (D/B/A SAROOP &
SONS), NOOR LIVE POULTRY CORP.
(D/B/A NOOR LIVE POULTRY MARKET),
PRANDIT SAROOP and SALAM DOE,

                    *Defendants.*
-------------------------------------------------------X

       Upon the declaration of Michael Faillace, Esq. dated DATE and attached exhibits, it is ORDERED:

       That Defendants SAROOP & SONS INC. (D/B/A SAROOP & SONS), NOOR LIVE POULTRY CORP. (D/B/A NOOR LIVE POULTRY MARKET), and PRANDIT SAROOP, shall appear to show cause before a motion term of this Court at Courtroom 705 of the United States Courthouse at 40 Foley Square, in the City, County and State of New York, on _____, 2021, at _____ o'clock in the _____ noon thereof, or as soon thereafter as counsel may be heard, why judgment of default should not be entered pursuant to Rule 55 of the Federal Rules of Civil Procedure against such Defendants; and it is further

       ORDERED that service of a copy of this Order and annexed affirmation and exhibits upon the Defendants on or before ___ o'clock in the ____ noon on _____, 2021, by _____, shall be deemed good and sufficient service; and it is further

       ORDERED that any opposition by Defendants be filed with this Court on or before __ o'clock in the ____ noon on _____, 2021; and it is further

- 2 -

ORDERED that any reply papers by Plaintiff be filed with this Court on or before \_\_ o'clock in the \_\_\_\_ noon on _____, 2021; and it is further

ORDERED that the Defendants are advised that failure to respond to the Order to Show Cause may be grounds for the granting of a default judgment against them, in which event the defendants will have no trial; and it is further

ORDERED that the Plaintiff shall file proof of service of this Order to Show Cause by _____, 2021.

Dated: New York, New York

ISSUED: _____

_____
HONORABLE PAUL GARDEPHE
UNITED STATES DISTRICT JUDGE

To:

Prandit Saroop
c/o Saroop & Sons Inc.
2164 Webster Ave
Bronx, NY 10457

Saroop & Sons Inc.
2164 Webster Ave
Bronx, NY 10457

Noor Live Poultry Corp.
2164 Webster Ave
Bronx, NY 10457