UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X
ALEJANDRO ZAPOTECO,

                                 *Plaintiff,*          **21-cv-00123**

         -against-

SAROOP & SONS INC. (D/B/A SAROOP &        **PROPOSED**
SONS), NOOR LIVE POULTRY CORP.            **DEFAULT JUDGMENT**
(D/B/A NOOR LIVE POULTRY MARKET),
PRANDIT SAROOP, and SALAM DOE,
                             *Defendants*
-------------------------------------------------------X

## JUDGMENT

On January 7, 2021, this action was commenced by Plaintiffs' filing of the complaint. (Dkt. No. 1). The summons and complaint in this action having been duly served on defendants Saroop & Sons Inc. (d/b/a Saroop & Sons), Noor Live Poultry Corp. (d/b/a Noor Live Poultry Market), and Prandit Saroop, and said Defendants having failed to plead or otherwise defend in this action, and said default having been duly noted, and upon the annexed declaration of default judgment,

NOW, on motion of Plaintiff, by his attorneys Michael Faillace & Associates, P.C., it is hereby ORDERED, ADJUDGED AND DECREED:

That the Plaintiff has judgment against Defendants Saroop & Sons Inc. (d/b/a Saroop & Sons), Noor Live Poultry Corp. (d/b/a Noor Live Poultry Market), and Prandit Saroop, in the amount of $184,842.20, including compensatory damages and permissible liquidated damages and prejudgment interest in the amount of 9% per annum, plus post judgment interest as provided in 28 U.S.C. § 1961(a).

That the Plaintiffs is awarded attorneys' fees and costs in the amount of $4,821.00.

That if any amounts remain unpaid upon the expiration of ninety days following issuance of judgment, or ninety days after expiration of the time to appeal and no appeal is then pending, whichever is later, the total amount of judgement shall automatically increase by fifteen percent, as required by NYLL § 198(4).

That the Plaintiff is awarded judgment in the total amount of _____

Dated: New York, New York

ISSUED: _____, 2021

                                                _____
                                                HONORABLE PAUL G. GARDEPHE
                                                UNITED STATES DISTRICT JUDGE

To:
Prandit Saroop
c/o Saroop & Sons Inc.
2164 Webster Ave
Bronx, NY 10457

Saroop & Sons Inc.
2164 Webster Ave
Bronx, NY 10457

Noor Live Poultry Corp.
2164 Webster Ave
Bronx, NY 10457