**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------X
ALEJANDRO ZAPOTECO,

                                 *Plaintiff,*                **21-cv-00123**

     -against-

SAROOP & SONS INC. (D/B/A SAROOP &        **PROPOSED**
SONS), NOOR LIVE POULTRY CORP.            **DEFAULT JUDGMENT**
(D/B/A NOOR LIVE POULTRY MARKET),
PRANDIT SAROOP, and SALAM DOE,
                               *Defendants*
-------------------------------------------------------X

## **JUDGMENT**

On January 7, 2021, this action was commenced by Plaintiffs' filing of the complaint. (Dkt. No. 1). The summons and complaint in this action having been duly served on defendants Saroop & Sons Inc. (d/b/a Saroop & Sons), Noor Live Poultry Corp. (d/b/a Noor Live Poultry Market), and Prandit Saroop, and said Defendants having failed to plead or otherwise defend in this action, and said default having been duly noted, and upon the annexed declaration of default judgment,

NOW, on motion of Plaintiff, by his attorneys Michael Faillace & Associates, P.C., it is hereby ORDERED, ADJUDGED AND DECREED:

That the Plaintiff has judgment against Defendants Saroop & Sons Inc. (d/b/a Saroop & Sons), Noor Live Poultry Corp. (d/b/a Noor Live Poultry Market), and Prandit Saroop, in the amount of $184,842.20, including compensatory damages and permissible liquidated damages and prejudgment interest calculated at a rate of 9% per annum through June 16, 2021..

That the Plaintiff is awarded pre-judgment interest calculated at a rate of 9% per annum from June 17, 2021 until the date that judgment is entered in the amount of $_____.

- 2 -

That the Plaintiff is awarded post judgment interest as provided in 28 U.S.C. § 1961(a).

That the Plaintiff is awarded attorneys' fees and costs in the amount of $4,821.00.

That if any amounts remain unpaid upon the expiration of ninety days following issuance of judgment, or ninety days after expiration of the time to appeal and no appeal is then pending, whichever is later, the total amount of judgement shall automatically increase by fifteen percent, as required by NYLL § 198(4).

Dated: New York, New York

ISSUED: _____, 2021

                                            HONORABLE PAUL G. GARDEPHE
                                            UNITED STATES DISTRICT JUDGE

To:
Prandit Saroop
c/o Saroop & Sons Inc.
2164 Webster Ave
Bronx, NY 10457

Saroop & Sons Inc.
2164 Webster Ave
Bronx, NY 10457

Noor Live Poultry Corp.
2164 Webster Ave
Bronx, NY 10457