UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---

| | |
|---|---|
| ALEJANDRO ZAPOTECO, | |
| Plaintiff, | **ORDER OF DEFAULT** |
| - against - | 21 Civ. 123 (PGG) |
| SAROOP & SONS INC. (D/B/A SAROOP & SONS), NOOR LIVE POULTRY CORP. (D/B/A NOOR LIVE POULTRY MARKET), PRANDIT SAROOP and SALAM DOE, | |
| Defendants. | |

PAUL G. GARDEPHE, U.S.D.J.:

        Plaintiff commenced this action on January 7, 2021 by filing the Complaint.  (Dkt. No. 1)

        Plaintiff served Saroop & Sons Inc. (d/b/a Saroop & Sons) and Noor Live Poultry Corp. (d/b/a Noor Live Poultry Market) on January 21, 2021.  (Dkt. Nos. 15-16)  Plaintiff served Defendant Prandit Saroop on February 25, 2021.  (Dkt. No. 17)

        Defendants Saroop & Sons Inc., Noor Live Poultry Corp., and Prandit Saroop (together, "Defendants") have not filed an answer, moved against the Complaint, or appeared in this action.  (See Certificates of Default (Dkt. Nos. 24, 27, 29)

        Plaintiff moved for a default judgment on June 16, 2021.  (Dkt. No. 30)

        On June 22, 2021, the Court ordered Defendants to show cause why a default judgment should not be entered against them, and set the hearing for July 8, 2021.  (Dkt. No. 35)

        Plaintiff served the order to show cause and supporting papers on Defendants on June 23, 2021.  (Dkt. No. 36)

On July 7, 2021, the Court adjourned the hearing to July 14, 2021; Plaintiff served the order adjourning the hearing on Defendants on July 7, 2021.  (Dkt. No. 38)

Defendants have not responded to the order to show cause, and did not appear at the July 14, 2021 hearing.

For the reasons stated above, an order of default is entered against Defendants Saroop & Sons, Inc., Noor Live Poultry, and individual defendant Saroop.

This mater is referred to Magistrate Judge Wang for an inquest into damages.

As discussed at the July 14, 2021 hearing, Plaintiff's claims against Defendant Salam Doe are dismissed on consent.

The Clerk of Court is directed <u>not</u> to close this case.

Dated: New York, New York
       July 28, 2021

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge