**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
ALEJANDRO ZAPOTECO,

                Plaintiff,

    -against-                            21 **CIVIL** 123 (PGG)

                                        **JUDGMENT**

SAROOP & SONS INC. (D/B/A SAROOP &
SONS), NOOR LIVE POULTRY CORP.
(D/B/A NOOR LIVE POULTRY MARKET),
PRANDIT SAROOP and SALAM DOE,

                Defendants.
------------------------------------------------------------X

    It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated July 17, 2023, the R&R is adopted. Defendants Saroop & Sons, Noor Live Poultry, and Saroop are jointly and severally liable in the amount of $162,255, comprised of: $137,946 for wage damages; $10,000 for wage notice and wage statement damages; $7,560 for spread of hours pay; $1,320 for "tools of the trade"; $4,875 in attorneys' fees; and $554 in costs. They are also jointly and severally liable for pre- and post-judgment interest. Pre-judgment interest is calculated from July 16, 2019, to the date of judgment at a rate of nine percent per annum, in the amount of $58,491.82. Post-judgment interest is awarded, pursuant to 28 U.S.C. § 1961; accordingly, the case is closed.

**Dated:** New York, New York

      July 17, 2023

                                                       **RUBY J. KRAJICK**

                                                       _____
                                                            **Clerk of Court**

                              **BY:**      *K. Mango*

                                                            _____
                                                            **Deputy Clerk**